| | |
|---|---|
| 1 | VERESCHAGIN LAW FIRM PC |
| | Bryan Vereschagin (SBN 188608) |
| 2 | bryan@vereschaginlaw.com |
| | 505 Montgomery St., Fl. 11 |
| 3 | San Francisco, CA 94111 |
| | Attorneys for Plaintiff |
| 4 | ALBERTO VELASCO |

SEYFARTH SHAW LLP
Eric M. Steinert (SBN 168384)
esteinert@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone:   415-397-2823
Facsimile:   415-397-8549

SEYFARTH SHAW LLP
Barri Lyn Friedland (SBN 185148)
2029 Century Park East, Ste. 3500
Los Angeles, CA 90067
Telephone:   310-277-7200
Facsimile:   310-201-5219
Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO VELASCO, an individual, | Case No. 3:21-cv-01092-CRB |
| Plaintiff, | **[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL** |
| v. | |
| WELLS FARGO BANK, N.A.; and DOES 1 through 25, inclusive, | |
| Defendants. | |

1
**[PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE**

The Parties to this matter, plaintiff Alberto Velasco and Defendant Wells Fargo Bank, N.A., submitted a Joint Stipulation for dismissal of the entire above-captioned action, with prejudice.

Accordingly, and for good cause, the action is hereby dismissed, with prejudice.

**IT IS SO ORDERED.**

DATED: July 11, 2022

_____
U.S. DISTRICT COURT JUDGE